JS - 6

O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTYE WASHINGTON ) | CASE NO.  CV08-05622 DDP (SSx) |
| Plaintiff, ) | *[Hon. Dean D. Pregerson, presiding;* |
| ) | *Courtroom 3]* |
| vs. ) | |
| CITY OF LOS ANGELES, LOS ) ANGELES POLICE ) DEPARTMENT ) | |
| Defendants. ) | **JUDGMENT** |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

    The Motion for Summary Judgment Or, in the Alternative, Partial Summary
Judgment of Defendant CITY OF LOS ANGELES, set for hearing before this Court on
July 12, 2010, was decided by the Court without argument on July 30, 2010.  The Court
having considered the parties' respective written submissions and arguments, and having
analyzed all causes of action potentially plead by Plaintiff BETTYE WASHINGTON in
her "2nd Amended Complaint," concluded that there remains no genuine issue of

1

material fact for trial and that Defendant is entitled to judgment as a matter of law and granted Defendant's motion for summary judgment.

**GOOD CAUSE APPEARING THEREFOR,**

**IT IS HEREBY ORDERED** that:

1.     Plaintiff shall take nothing, by reason of her "2nd Amended Complaint;"

2.     Judgment is hereby entered in favor of the Defendant City of Los Angeles and against Plaintiff, Bettye Washington.

3.     The Ex Parte Application [docket number 65] is VACATED.

Dated: August 31, 2010

**HONORABLE DEAN D. PREGERSON**
United States District Judge

2